UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AL CASTELLANOS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-7796** |
| **JEFFERSON PARISH CORRECTIONAL CENTER, ET AL.** | **SECTION: "C"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the motion to dismiss, which was construed by the Court as a motion for summary judgment, Rec. Doc. 16, is **GRANTED**.

**IT IS FURTHER ORDERED** that the federal law claims against Jean M. Llovet are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the state law claims against Jean M. Llovet are **DISMISSED WITHOUT PREJUDICE** as premature based on plaintiff's failure to exhaust his state statutory remedies.

**IT IS FURTHER ORDERED** that plaintiff's claim against the Jefferson Parish Correctional Center is dismissed as frivolous and for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 21st day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE